UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Carol L. Knowlton, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Fax:  (609)585-2553
Email:  cknowlton@gorskiknowlton.com

Order Filed on August 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Keith Casey

Case No.:    13-30931-KCF

Chapter:    13

Judge:    Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 29, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Carol L. Knowlton, Esquire, Gorski & Knowlton PC , the applicant, is allowed a fee of $ _____7,360.00_____ for services rendered and expenses in the amount of $_____47.55_____ for a total of $_____7,407.55_____ . The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $____3,000.00____ per month for ____25____ months to allow for payment of the above fee.

*rev.8/1/15*