UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Carol L. Knowlton, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Fax:  (609)585-2553
Email:  cknowlton@gorskiknowlton.com

Order Filed on August 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Keith Casey

Case No.:     13-30931-KCF

Chapter:     13

Judge:     Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 29, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Carol L. Knowlton, Esquire, Gorski & Knowlton PC , the applicant, is allowed a fee of $  7,360.00  for services rendered and expenses in the amount of $  47.55  for a total of $  7,407.55  . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $  3,000.00  per month for  25  months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Keith Casey  
    Debtor

Case No. 13-30931-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 30, 2016  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2016.  
db          +Keith Casey,    88 Gary Drive,    Hamilton Twp, NJ 08690-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2016 at the address(es) listed below:

         Adam D. Greenberg    on behalf of Creditor    Royal Tax Lien Services L.L.C. agreenberg@hgllclaw.com, Aholmes@hgllclaw.com  
         Albert Russo    docs@russotrustee.com  
         Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
         Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
         Anne-Marie P. Kelley    on behalf of Creditor    PNC Bank, National Association akelley@dilworthlaw.com, smurphy@dilworthlaw.com  
         Carol L. Knowlton    on behalf of Debtor Keith Casey cknowlton@gorskiknowlton.com  
         Carol L. Knowlton    on behalf of Attorney    Teich Groh, trade name of Gorski, Hofmeister & Knowlton cknowlton@gorskiknowlton.com  
         Carol L. Knowlton    on behalf of Attorney    Gorski & Knowlton PC cknowlton@gorskiknowlton.com  
         Denise E. Carlon    on behalf of Creditor    PNC Mortgage dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Elizabeth K. Holdren    on behalf of Creditor    Ewing Township eak@hillwallack.com, fkm@hillwallack.com;jhanley@hillwallack.com  
         Kevin Huang    on behalf of Creditor    PNC Bank, National Association torseno@dilworthlaw.com  
                                                                                                                    TOTAL: 11