UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __13-30931-KCF__ |
| KEITH CASEY | Chapter: __13__ |
| | Judge: __Kathryn C. Ferguson__ |

## NOTICE OF PROPOSED PRIVATE SALE

_____Keith Casey_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  United States Bankruptcy Court
402 East State Street
Trenton, N.J. 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____October 26, 2016_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, _____402 East State St., Trenton, NJ  08608_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   262 Elmer Street, Trenton, NJ  08611

Proposed Purchaser:   Resurrection Rehabs, LLC
PO Box 104
Cream Ridge, NJ  08514

Sale price:  $30,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  John E. Maziarz, Esquire
Amount to be paid:  $895.00
Services rendered:   Representation of Debtor in real estate transaction.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Carol L. Knowlton, Esquire

Address: 311 Whitehorse Avenue, Suite A, Hamilton, NJ  08610

Telephone No.: (609)964-4000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-30931-KCF
Keith Casey                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Sep 22, 2016
                Form ID: pdf905    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2016.
```
db              +Keith Casey,    88 Gary Drive,    Hamilton Twp, NJ 08690-3138
aty             +Gorski & Knowlton PC,    311 Whitehorse Avenue,    Suite A,    Hamilton, NJ 08610-1430
aty             +Teich Groh, trade name of Gorski, Hofmeister & Kno,    691 State Highway 33,
                  Trenton, NJ 08619-4407
cr              +Ewing Township,    Municipal Complex,    2 Jake Garzio Drive,    Ewing, NJ 08628-1544
cr              +PNC Bank, National Association,    Dilworth Paxson LLP,    c/oAnne Marie Kelley,
                  457 Haddonfield Road-suite 700,    PO Box 2570,    Cherry Hill, NJ 08034-0371
514272217       +Assistant Attorney General,    Department of Justice, Tax Division,
                  Civil Trial Section, Eastern Region,    PO Box 227, Ben Franklin Station,
                  Washington, DC 20044-0227
514272218       +Dilworth and Paxson,    457 Haddonfield Road,    Cherry Hill, NJ 08002-2221
515464794       +John Richard Keefe,    316 McKaylas Court,    Myrtle Beach, SC 29579-8376
514272220       +Ken and Helen Elgrim,    1115 S.W. 5th Terrace,    Cape Coral, FL 33991-2404
514272221        Marshall Samanel,    2 Driftwood Drive,    Howell, NJ  07731-2922
514234827       +PNC Bank,    LibertyView,    457 Haddonfield Road, Suite 700,    Cherry Hill, NJ 08002-2201
514420837       +PNC MORTGAGE,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5433
514234828       +Royal Tax Liens,    c/o Honig & Greenberg,    1949 Haddonfield-Berlin Road,
                  Cherry Hill, NJ 08003-3737
514454079      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Department of the Treasury,
                  Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
514234830       +Township of Ewing,    Tax Office,    2 Jake Garzio Drive, 2nd Floor,    Trenton, NJ 08628-1544
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 22 2016 23:14:12      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 22 2016 23:14:09      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
514272219        E-mail/Text: cio.bncmail@irs.gov Sep 22 2016 23:13:42      Department of the Treasury,
                  Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
514272222       +E-mail/Text: usanj.njbankr@usdoj.gov Sep 22 2016 23:14:12      United States Attorney Office,
                  970 Broad Street,    Newark, NJ 07102-2527
                                                                                              TOTAL: 4
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514234829*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08646-0245)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2016 at the address(es) listed below:
```
              Adam D. Greenberg    on behalf of Creditor    Royal Tax Lien Services L.L.C.
               agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 22, 2016
                              Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Anne-Marie P. Kelley    on behalf of Creditor    PNC Bank, National Association akelley@dilworthlaw.com,   smurphy@dilworthlaw.com
        Carol L. Knowlton    on behalf of Debtor Keith   Casey cknowlton@gorskiknowlton.com
        Carol L. Knowlton    on behalf of Attorney    Teich Groh, trade name of Gorski, Hofmeister & Knowlton cknowlton@gorskiknowlton.com
        Carol L. Knowlton    on behalf of Attorney    Gorski & Knowlton PC cknowlton@gorskiknowlton.com
        Denise E. Carlon    on behalf of Creditor    PNC Mortgage dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Elizabeth K. Holdren    on behalf of Creditor    Ewing Township eak@hillwallack.com, fkm@hillwallack.com;jhanley@hillwallack.com
        Kevin   Huang    on behalf of Creditor    PNC Bank, National Association torseno@dilworthlaw.com

        TOTAL: 11