UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Carol L. Knowlton, Esquire
Gorski & Knowlton PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609) 964-4000
Fax:     (609) 585-2553
Email: cknowlton@gorskiknowlton.com
Attorneys for Debtor

Order Filed on October 3, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KEITH CASEY

Case No.:     13-30931-KCF

Chapter:            13

Judge:           Ferguson

## ORDER AUTHORIZING RETENTION OF

WOLK & MAZIARZ, ESQUIRES

The relief set forth on the following page is **ORDERED**.

**DATED: October 3, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Wolk & Maziarz, Esquires___
as ___Special counsel to Debtor___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 311 Whitehorse Avenue, Suite A
Hamilton, NJ  08610

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*