UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Carol L. Knowlton, Esquire
Gorski & Knowlton PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609) 964-4000
Fax:     (609) 585-2553
Email:  cknowlton@gorskiknowlton.com
Attorneys for Debtor

Order Filed on October 3, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KEITH CASEY

| | |
|---|---|
| Case No.: | 13-30931-KCF |
| Chapter: | 13 |
| Judge: | Ferguson |

**ORDER AUTHORIZING RETENTION OF**

WOLK & MAZIARZ, ESQUIRES

The relief set forth on the following page is **ORDERED**.

**DATED: October 3, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ Wolk & Maziarz, Esquires _____

as _____ Special counsel to Debtor _____, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

      The professional's address is:   311 Whitehorse Avenue, Suite A

                                       Hamilton, NJ  08610

      _____

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

      ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

      ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-30931-KCF
Keith Casey                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1            Date Rcvd: Oct 03, 2016
                            Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2016.
db              +Keith Casey,    88 Gary Drive,    Hamilton Twp, NJ 08690-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                          Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2016 at the address(es) listed below:
          Adam D. Greenberg    on behalf of Creditor    Royal Tax Lien Services L.L.C.
           agreenberg@hgllclaw.com,  Aholmes@hgllclaw.com
          Albert  Russo   docs@russotrustee.com
          Albert  Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Anne-Marie P. Kelley    on behalf of Creditor    PNC Bank, National Association
           akelley@dilworthlaw.com,  smurphy@dilworthlaw.com
          Carol L. Knowlton    on behalf of Debtor Keith  Casey cknowlton@gorskiknowlton.com
          Carol L. Knowlton    on behalf of Attorney    Teich Groh, trade name of Gorski, Hofmeister &
           Knowlton cknowlton@gorskiknowlton.com
          Carol L. Knowlton    on behalf of Attorney    Gorski & Knowlton PC cknowlton@gorskiknowlton.com
          Denise E. Carlon    on behalf of Creditor    PNC Mortgage dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Ewing Township eak@hillwallack.com,
           fkm@hillwallack.com;jhanley@hillwallack.com
          Kevin  Huang   on behalf of Creditor    PNC Bank, National Association torseno@dilworthlaw.com
                                                                                    TOTAL: 11