UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
CAROL L. KNOWLTON, ESQUIRE
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Attorneys for the Debtor
Phone:  (609)964-4000
Email:  cknowlton@gorskiknowltoncom

Order Filed on October 28, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KEITH CASEY

　　　　　　　　　Debtors.

Chapter 13

Case No.:  13-30931-KCF

Judge:  Kathryn C. Ferguson

**ORDER PERMITTING SALE OF REAL ESTATE FREE AND CLEAR OF LIENS**
**PURSUANT TO 11 U.S.C. §363**

　　　The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: October 28, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:         Keith Casey
Case No.        13-30931-KCF
Caption of Order:    Order Permitting Sale of Real Estate Free & Clear of Liens Pursuant to 11 U.S.C. § 363

___

THIS MATTER having come before the Court on the motion of Carol L. Knowlton, Esquire, of the firm of Gorski & Knowlton PC, attorneys for the Debtor, to sell certain of the Debtor's real property free and clear of liens, and the Debtor having provided notice of the motion to all lienholders and parties in interest, and the Court having read the moving papers and having heard any argument of counsel, and for good and sufficient cause shown:

IT IS ORDERED as follows:

1. The Debtor is permitted to sell the real property at 262 Elmer Street, Trenton, New Jersey, to Resurrection Rehabs, LLC for $30,000, free and clear of the following liens:

    a. Any federal and state tax lien to which the property may be subject.

    b. Any municipal tax lien in favor of Ewing Township that relates to this parcel shall attach to the proceeds and shall be paid in full at closing.

    c. Any tax sale certificates that relate to this parcel shall attach to the proceeds and shall be paid in full at closing.

    d. PNC Bank shall retain its lien against this property until paid in full from the proceeds at closing.

    e. Any and all other outstanding liens, claims, or interests.

2. The Buyer is deemed to be a good faith purchaser pursuant to 11 U.S.C. §363(m).

(Page 3)
Debtor:        Keith Casey
Case No.       13-30931-KCF
Caption of Order:    Order Permitting Sale of Real Estate Free & Clear of Liens
                     Pursuant to 11 U.S.C. § 363

_____

3. The Debtor be and the same is hereby authorized to sign all affidavits and documents necessary to convey title at closing.

4. The Debtor be and the same is hereby authorized to pay Seller's closing costs, including special counsel's fees for this transaction, any and all real estate taxes and tax sale certificates due on this property, as well as the payoff amount of the mortgage to PNC Bank. The balance of the proceeds may be used by the Debtor to pay any real estate taxes owed on his other properties. Any balance remaining thereafter shall be used to partially fund the Debtor's Chapter 13 Plan.