UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
CAROL L. KNOWLTON, ESQUIRE
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Attorneys for the Debtor
Phone:  (609)964-4000
Email:  cknowlton@gorskiknowltoncom

Order Filed on October 28, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KEITH CASEY

                          Debtors.

Chapter 13

Case No.:  13-30931-KCF

Judge:  Kathryn C. Ferguson

## ORDER PERMITTING SALE OF REAL ESTATE FREE AND CLEAR OF LIENS
## PURSUANT TO 11 U.S.C. §363

     The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: October 28, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:        Keith Casey
Case No.       13-30931-KCF
Caption of Order:      Order Permitting Sale of Real Estate Free & Clear of Liens
                       Pursuant to 11 U.S.C. § 363

_____

THIS MATTER having come before the Court on the motion of Carol L. Knowlton,

Esquire, of the firm of Gorski & Knowlton PC, attorneys for the Debtor, to sell certain of the

Debtor's real property free and clear of liens, and the Debtor having provided notice of the

motion to all lienholders and parties in interest, and the Court having read the moving papers

and having heard any argument of counsel, and for good and sufficient cause shown:

IT IS ORDERED as follows:

1.      The Debtor is permitted to sell the real property at 262 Elmer Street, Trenton,

New Jersey, to Resurrection Rehabs, LLC for $30,000, free and clear of the following liens:

        a.      Any federal and state tax lien to which the property may be subject.

        b.      Any municipal tax lien in favor of Ewing Township that relates to this

parcel shall attach to the proceeds and shall be paid in full at closing.

        c.      Any tax sale certificates that relate to this parcel shall attach to the

proceeds and shall be paid in full at closing.

        d.      PNC Bank shall retain its lien against this property until paid in full from

the proceeds at closing.

        e.      Any and all other outstanding liens, claims, or interests.

2.      The Buyer is deemed to be a good faith purchaser pursuant to 11 U.S.C. §363(m).

(Page 3)
Debtor:        Keith Casey
Case No.        13-30931-KCF
Caption of Order:        Order Permitting Sale of Real Estate Free & Clear of Liens
                Pursuant to 11 U.S.C. § 363

_____

3.        The Debtor be and the same is hereby authorized to sign all affidavits and

documents necessary to convey title at closing.

4.        The Debtor be and the same is hereby authorized to pay Seller's closing costs,

including special counsel's fees for this transaction, any and all real estate taxes and tax sale

certificates due on this property, as well as the payoff amount of the mortgage to PNC Bank.

The balance of the proceeds may be used by the Debtor to pay any real estate taxes owed on

his other properties.  Any balance remaining thereafter shall be used to partially fund the

Debtor's Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-30931-KCF
Keith Casey                                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 28, 2016
                             Form ID: pdf903           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db              +Keith Casey,    88 Gary Drive,    Hamilton Twp, NJ 08690-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2016 at the address(es) listed below:
          Adam D. Greenberg    on behalf of Creditor    Royal Tax Lien Services L.L.C.
           agreenberg@hgllclaw.com,  Aholmes@hgllclaw.com
          Albert  Russo   docs@russotrustee.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Anne-Marie P. Kelley    on behalf of Creditor    PNC Bank, National Association
           akelley@dilworthlaw.com,  smurphy@dilworthlaw.com
          Carol L. Knowlton    on behalf of Debtor Keith  Casey cknowlton@gorskiknowlton.com
          Carol L. Knowlton    on behalf of Attorney    Teich Groh, trade name of Gorski, Hofmeister &
           Knowlton cknowlton@gorskiknowlton.com
          Carol L. Knowlton    on behalf of Attorney    Gorski & Knowlton PC cknowlton@gorskiknowlton.com
          Denise E. Carlon    on behalf of Creditor    PNC Mortgage dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Ewing Township eak@hillwallack.com,
           fkm@hillwallack.com;jhanley@hillwallack.com
          Kevin  Huang   on behalf of Creditor    PNC Bank, National Association torseno@dilworthlaw.com
                                                                            TOTAL: 11