

**Order Filed on December 21, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> Caption in compliance with D.N.J. LBR 9004-2(c) <br><br> **HILL WALLACK LLP** <br> Elizabeth Holdren, Esq. <br> 21 Roszel Road <br> Princeton, NJ 08543 <br> Phone: 609-924-0808 <br> Fax: 609-452-1888 <br> Attorneys for Ewing Township | |
| In Re: <br><br> Keith Casey, <br><br>     Debtor. | Chapter 13 <br><br> Case No.:13-30931 (KCF) <br><br> Hearing:  November 30, 2016 <br><br> Judge:  Kathryn C. Ferguson, C.U.S.B.J. |

**ORDER RESOLVING MOTION FOR RELIEF AND VACATING AUTOMATIC STAY AS TO REAL PROPERTY COMMONLY KNOWN AS 1322-1324 PARKSIDE AVENUE, EWING, NEW JERSEY AND WAIVING THE 14-DAY STAY UNDER RULE 4001(a)(3)**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: December 21, 2016**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Keith Casey
Case No: 13-30931 (KCF)
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF AND VACATING AUTOMATIC STAY AS TO REAL PROPERTY COMMONLY KNOWN AS 1322-1324 PARKSIDE AVENUE, EWING, NEW JERSEY AND WAIVING THE 14-DAY STAY UNDER RULE 4001(a)(3)

Upon the motion of Hill Wallack LLP, attorneys for Ewing Township ("Ewing"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property, and Ewing and the Debtor having amicably resolved the motion pursuant to the terms herein, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to schedule and conduct a tax sale and take any and all action connected therewith, including, without limitation, instituting or resuming and prosecuting to conclusion one or more actions in the court(s) of appropriate jurisdiction, and to otherwise pursue the movant's rights in the following:

[X]    Real Property more fully described as:

> Land and Premises commonly known as 1322-1324 Parkside Avenue, Ewing, New Jersey 08638;
>
> Land and Premises known as Lot 140, Block 81, as shown on the Tax Map of the Township of Ewing, Mercer County and State of New Jersey

[ ]    Personal property more fully described as:

It is further ORDERED that Rule 4001(a)(3) is waived and is not applicable, and Ewing may immediately implement and enforce this Order and conduct a tax sale on this Property.

It is further ORDERED that the movant may join the Debtor and the trustee as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, the Debtor's attorney, any trustee and any other party who entered an appearance on the motion.