**Order Filed on December 21, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**HILL WALLACK LLP**<br>Elizabeth Holdren, Esq.<br>21 Roszel Road<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Fax: 609-452-1888<br>Attorneys for Ewing Township | |
| In Re:<br><br>Keith Casey,<br><br>    Debtor. | Chapter 13<br><br>Case No.:13-30931 (KCF)<br><br>Hearing:  November 30, 2016<br><br>Judge:  Kathryn C. Ferguson, C.U.S.B.J. |

**ORDER RESOLVING MOTION FOR RELIEF AND VACATING AUTOMATIC STAY AS TO REAL PROPERTY COMMONLY KNOWN AS 1322-1324 PARKSIDE AVENUE, EWING, NEW JERSEY AND WAIVING THE 14-DAY STAY UNDER RULE 4001(a)(3)**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: December 21, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Keith Casey
Case No: 13-30931 (KCF)
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF AND VACATING AUTOMATIC STAY AS TO REAL PROPERTY COMMONLY KNOWN AS 1322-1324 PARKSIDE AVENUE, EWING, NEW JERSEY AND WAIVING THE 14-DAY STAY UNDER RULE 4001(a)(3)

Upon the motion of Hill Wallack LLP, attorneys for Ewing Township ("Ewing"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property, and Ewing and the Debtor having amicably resolved the motion pursuant to the terms herein, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to schedule and conduct a tax sale and take any and all action connected therewith, including, without limitation, instituting or resuming and prosecuting to conclusion one or more actions in the court(s) of appropriate jurisdiction, and to otherwise pursue the movant's rights in the following:

[X]  Real Property more fully described as:

> Land and Premises commonly known as 1322-1324 Parkside Avenue, Ewing, New Jersey 08638;
>
> Land and Premises known as Lot 140, Block 81, as shown on the Tax Map of the Township of Ewing, Mercer County and State of New Jersey

[ ]  Personal property more fully described as:

It is further ORDERED that Rule 4001(a)(3) is waived and is not applicable, and Ewing may immediately implement and enforce this Order and conduct a tax sale on this Property.

It is further ORDERED that the movant may join the Debtor and the trustee as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, the Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 13-30931-KCF
Keith Casey                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1            Date Rcvd: Dec 21, 2016
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
db         +Keith Casey,    88 Gary Drive,    Hamilton Twp, NJ 08690-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Royal Tax Lien Services L.L.C.
               agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
              Albert Russo    docs@russotrustee.com
              Albert Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Anne-Marie P. Kelley    on behalf of Creditor    PNC Bank, National Association
               akelley@dilworthlaw.com, smurphy@dilworthlaw.com
              Carol L. Knowlton    on behalf of Debtor Keith   Casey cknowlton@gorskiknowlton.com
              Carol L. Knowlton    on behalf of Attorney    Teich Groh, trade name of Gorski, Hofmeister &
               Knowlton cknowlton@gorskiknowlton.com
              Carol L. Knowlton    on behalf of Attorney    Gorski & Knowlton PC cknowlton@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    PNC Mortgage dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Ewing Township eak@hillwallack.com,
               fkm@hillwallack.com;jhanley@hillwallack.com
              Kevin Huang    on behalf of Creditor    PNC Bank, National Association torseno@dilworthlaw.com
                                                                                             TOTAL: 11