UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Carol L. Knowlton, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Fax:  (609)585-2553
Email:  cknowlton@gorskiknowlton.com

Order Filed on April 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Keith Casey

Case No.:   13-30931-KCF

Chapter:   13

Judge:   Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Carol L. Knowlton, Esquire, Gorski & Knowlton PC , the applicant, is allowed a fee of $ _____7,760.00_____ for services rendered and expenses in the amount of $_____272.97_____ for a total of $_____8,032.97_____. The allowance is payable:

☒ $7,272.97 through the Chapter 13 plan as an administrative priority.

☒ $760.00 outside the plan.

The debtor's monthly plan is modified to require a payment of $____3,500.00____ per month for _____16_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-30931-KCF
Keith Casey                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 28, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.
db             +Keith Casey,    88 Gary Drive,    Hamilton Twp, NJ 08690-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:
        Adam D. Greenberg    on behalf of Creditor    Royal Tax Lien Services L.L.C.
        agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
        Albert   Russo    docs@russotrustee.com
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Anne-Marie P. Kelley    on behalf of Creditor    PNC Bank, National Association
        akelley@dilworthlaw.com, smurphy@dilworthlaw.com
        Carol L. Knowlton    on behalf of Debtor Keith   Casey cknowlton@gorskiknowlton.com
        Carol L. Knowlton    on behalf of Attorney    Teich Groh, trade name of Gorski, Hofmeister & Knowlton cknowlton@gorskiknowlton.com
        Carol L. Knowlton    on behalf of Attorney    Gorski & Knowlton PC cknowlton@gorskiknowlton.com
        Denise E. Carlon    on behalf of Creditor    PNC Mortgage dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Elizabeth K. Holdren    on behalf of Creditor    Ewing Township eak@hillwallack.com, fkm@hillwallack.com;jhanley@hillwallack.com
        Kevin   Huang    on behalf of Creditor    PNC Bank, National Association torseno@dilworthlaw.com
                                                                                                   TOTAL: 11