Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 13−30931−KCF
                    Chapter: 13
                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Keith Casey
   88 Gary Drive
   Hamilton Twp, NJ 08619

Social Security No.:
   xxx−xx−7972

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/10/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 13, 2018
JAN: slf

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Keith Casey  
　　Debtor

Case No. 13-30931-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 2　　　Date Rcvd: Aug 13, 2018  
　　　　　　　　　　　　Form ID: 148　　　Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2018.

```
db              +Keith Casey,    88 Gary Drive,    Hamilton Twp, NJ 08690-3138
aty             +Gorski & Knowlton PC,    311 Whitehorse Avenue,    Suite A,    Hamilton, NJ 08610-1430
aty             +Teich Groh, trade name of Gorski, Hofmeister & Kno,    691 State Highway 33,
                  Trenton, NJ 08619-4407
cr              +Ewing Township,    Municipal Complex,    2 Jake Garzio Drive,    Ewing, NJ 08628-1544
cr              +PNC Bank, National Association,    Dilworth Paxson LLP,    c/oAnne Marie Kelley,
                  457 Haddonfield Road-suite 700,    PO Box 2570,    Cherry Hill, NJ 08034-0371
sp              +Wolk & Mariarz,    311 Whitehorse Avenue,    Ste. A,    Hamilton, NJ 08610-1430
514272217       +Assistant Attorney General,    Department of Justice, Tax Division,
                  Civil Trial Section, Eastern Region,    PO Box 227, Ben Franklin Station,
                  Washington, DC 20044-0227
514272218       +Dilworth and Paxson,    457 Haddonfield Road,    Cherry Hill, NJ 08002-2221
515464794       +John Richard Keefe,    316 McKaylas Court,    Myrtle Beach, SC 29579-8376
514272220       +Ken and Helen Elgrim,    1115 S.W. 5th Terrace,    Cape Coral, FL 33991-2404
514272221        Marshall Samanel,    2 Driftwood Drive,    Howell, NJ 07731-2922
514234827       +PNC Bank,    LibertyView,    457 Haddonfield Road, Suite 700,    Cherry Hill, NJ 08002-2201
514420837       +PNC MORTGAGE,    3232 NEWARK DRIVE,    MIAMISBURG, OH 45342-5433
514234828       +Royal Tax Liens,    c/o Honig & Greenberg,    1949 Haddonfield-Berlin Road,
                  Cherry Hill, NJ 08003-3737
514454079       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of the Treasury,
                  Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
514234830       +Township of Ewing,    Tax Office,    2 Jake Garzio Drive, 2nd Floor,    Trenton, NJ 08628-1544
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 13 2018 23:46:45     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 13 2018 23:46:41     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
514272219        EDI: IRS.COM Aug 14 2018 03:13:00      Department of the Treasury,    Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
514272222       +E-mail/Text: usanj.njbankr@usdoj.gov Aug 13 2018 23:46:45     United States Attorney Office,
                  970 Broad Street,    Newark, NJ 07102-2527
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514234829*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08646-0245)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 13, 2018
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:

          Adam D. Greenberg    on behalf of Creditor    Royal Tax Lien Services L.L.C.
           agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Anne-Marie P. Kelley    on behalf of Creditor    PNC Bank, National Association
           akelley@dilworthlaw.com, smurphy@dilworthlaw.com
          Carol L. Knowlton    on behalf of Debtor Keith  Casey cknowlton@gorskiknowlton.com
          Carol L. Knowlton    on behalf of Attorney    Teich Groh, trade name of Gorski, Hofmeister &
           Knowlton cknowlton@gorskiknowlton.com
          Carol L. Knowlton    on behalf of Attorney    Gorski & Knowlton PC cknowlton@gorskiknowlton.com
          Denise E. Carlon    on behalf of Creditor    PNC Mortgage dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Ewing Township eak@hillwallack.com,
           jhanley@hillwallack.com
          Kevin  Huang    on behalf of Creditor    PNC Bank, National Association torseno@dilworthlaw.com

                                                                                          TOTAL: 11