| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Keith Casey<br><br><br><br>Debtor(s) |

Order Filed on August 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 13-30931 / KCF

Chapter 13

Hearing Date: 08/08/2018  at 9:00 AM

Judge: Kathryn C. Ferguson

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 10, 2018**

*(signature)*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 13-30931-KCF
Keith Casey                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1              Date Rcvd: Aug 13, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2018.
db              +Keith Casey,    88 Gary Drive,    Hamilton Twp, NJ 08690-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2018 at the address(es) listed below:
    Adam D. Greenberg    on behalf of Creditor    Royal Tax Lien Services L.L.C.
     agreenberg@hgllclaw.com,    Aholmes@hgllclaw.com
    Albert    Russo    docs@russotrustee.com
    Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
    Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
    Anne-Marie P. Kelley    on behalf of Creditor    PNC Bank, National Association
     akelley@dilworthlaw.com,    smurphy@dilworthlaw.com
    Carol L. Knowlton    on behalf of Debtor Keith    Casey cknowlton@gorskiknowlton.com
    Carol L. Knowlton    on behalf of Attorney     Teich Groh, trade name of Gorski, Hofmeister &
     Knowlton cknowlton@gorskiknowlton.com
    Carol L. Knowlton    on behalf of Attorney     Gorski & Knowlton PC cknowlton@gorskiknowlton.com
    Denise E. Carlon    on behalf of Creditor    PNC Mortgage dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Elizabeth K. Holdren    on behalf of Creditor    Ewing Township eak@hillwallack.com,
     jhanley@hillwallack.com
    Kevin    Huang    on behalf of Creditor    PNC Bank, National Association torseno@dilworthlaw.com
                                                                                 TOTAL: 11