| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDENBERG, MACKLER, SAYEGH, MINTZ,<br>PFEFFER, BONCHI & GILL<br>660 New Road, Suite 1-A<br>Northfield, NJ  08225<br>(609) 646-0222  FAX (609) 646-0887<br>Attorney for the City of Trenton (63216-102) | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>AUG 1 5 2019<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____ DEPUTY |
| In Re:<br><br>**KEITH CASEY,**<br><br>                                              Debtor | Case No.: 13-30931<br><br>Hearing Date: August 14, 2019<br><br>Judge:  Michael B. Kaplan |

**ORDER GRANTING** ~~MOTION FOR RELIEF FROM~~ ANNULLING **THE AUTOMATIC STAY** *NUNC PRO TUNC* **TO VALIDATE A MUNICIPAL TAX SALE CERTIFICATE**

The relief set forth on the following page is hereby **ORDERED**:

*/s/ Michael B. Kaplan*

HON. MICHAEL B. KAPLAN, U.S.B.J.

8/15/2019

1

1. ~~Tax Sale Certificate No. 16-2535, encumbering real property commonly known as 803 Division Street, Trenton, New Jersey a/k/a/ Block 16803, Lot 1, Trenton, New Jersey, is hereby validated *nunc pro tunc* back to June 24, 2016, notwithstanding the fact that there was an automatic stay in effect on the date of the tax sale.~~

    *The automatic stay under 11 USC §362(a) is hereby annulled and* Tax Sale Certificate No. 16-2535, encumbering real property commonly known as 803 Division Street, Trenton, New Jersey a/k/a/ Block 16803, Lot 1, Trenton, New Jersey, is hereby validated *nunc pro tunc* back to June 24, 2016, notwithstanding the fact that there was an automatic stay in effect on the date of the tax sale.

2. The City of Trenton shall be allowed to foreclose upon said Tax Sale Certificate in the Superior Court of New Jersey/Chancery Division in the ordinary course.

3. A copy of the within Order shall be served upon all parties within seven (7) days.