UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL
660 New Road, Suite 1-A
Northfield, NJ  08225
(609) 646-0222  FAX (609) 646-0887
Attorney for the City of Trenton (63216-102)

**Order Filed on August 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**KEITH CASEY,**

Debtor

Case No.:  13-30931

Hearing Date: August 14, 2019

Judge:  Michael B. Kaplan

# ORDER GRANTING MOTION TO REOPEN BANKRUPTCY CASE TO ALLOW A MOTION FOR RELIEF FROM THE AUTOMATIC STAY *NUNC PRO TUNC* TO VALIDATE A MUNICIPAL TAX SALE CERTIFICATE, TO BE FILED

The relief set forth on the following page, is hereby **ORDERED:**

**DATED: August 15, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

1. The motion filed by the City of Trenton to reopen this bankruptcy case to allow a motion for relief from the automatic stay *nunc pro tunc* to validate a municipal tax sale certificate to be filed is hereby **GRANTED**.

2. The within bankruptcy shall be closed after the Court decides the Motion to validate the tax sale certificate.

3. A copy of the within Order shall be served upon all parties within seven (7) days.