UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL
660 New Road, Suite 1-A
Northfield, NJ 08225
(609) 646-0222  FAX (609) 646-0887
Attorney for the City of Trenton (63216-102)

In Re:

**KEITH CASEY,**

Debtor

FILED
JEANNE A. NAUGHTON, CLERK
AUG 15 2019
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

Case No.: 13-30931

Hearing Date: August 14, 2019

Judge: Michael B. Kaplan

### ORDER GRANTING ~~MOTION FOR RELIEF FROM~~ ANNULLING THE AUTOMATIC STAY *NUNC PRO TUNC* TO VALIDATE A MUNICIPAL TAX SALE CERTIFICATE

The relief set forth on the following page is hereby **ORDERED:**

_____
HON. MICHAEL B. KAPLAN, U.S.B.J.

8/15/2019

1

1. ^ Tax Sale Certificate No. 16-2535, encumbering real property commonly known as 803 Division Street, Trenton, New Jersey a/k/a/ Block 16803, Lot 1, Trenton, New Jersey, is hereby validated *nunc pro tunc* back to June 24, 2016, notwithstanding the fact that there was an automatic stay in effect on the date of the tax sale.

[Handwritten insertion: The automatic stay under 11 USC § 362(a) is hereby annulled and]

2. The City of Trenton shall be allowed to foreclose upon said Tax Sale Certificate in the Superior Court of New Jersey/Chancery Division in the ordinary course.

3. A copy of the within Order shall be served upon all parties within seven (7) days.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 13-30931-MBK
Keith Casey                                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 1              Date Rcvd: Aug 15, 2019
                              Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.
db              +Keith Casey,    88 Gary Drive,    Hamilton Twp, NJ 08690-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:
    Adam D. Greenberg    on behalf of Creditor   Royal Tax Lien Services L.L.C.
     agreenberg@hgllclaw.com,    btemple@hgllclaw.com
    Albert   Russo    docs@russotrustee.com
    Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
    Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
    Anne-Marie P. Kelley    on behalf of Creditor   PNC Bank, National Association
     akelley@dilworthlaw.com,    smurphy@dilworthlaw.com
    Carol L. Knowlton    on behalf of Debtor Keith   Casey cknowlton@gorskiknowlton.com
    Carol L. Knowlton    on behalf of Attorney    Teich Groh, trade name of Gorski, Hofmeister &
     Knowlton cknowlton@gorskiknowlton.com
    Carol L. Knowlton    on behalf of Attorney    Gorski & Knowlton PC cknowlton@gorskiknowlton.com
    Denise E. Carlon    on behalf of Creditor   PNC Mortgage dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Elizabeth K. Holdren    on behalf of Creditor   Ewing Township eak@hillwallack.com,
     jhanley@hillwallack.com;hwbknj@hillwallack.com
    Keith A. Bonchi    on behalf of Creditor   City of Trenton keith@gmslaw.com
    Kevin   Huang    on behalf of Creditor    PNC Bank, National Association torseno@dilworthlaw.com
                                                                                                    TOTAL: 12