UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL
660 New Road, Suite 1-A
Northfield, NJ  08225
(609) 646-0222  FAX (609) 646-0887
Attorney for the City of Trenton (63216-102)

**Order Filed on August 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**KEITH CASEY,**

                                        Debtor

Case No.:  13-30931

Hearing Date: August 14, 2019

Judge:  Michael B. Kaplan

### ORDER GRANTING MOTION TO REOPEN BANKRUPTCY CASE TO ALLOW A MOTION FOR RELIEF FROM THE AUTOMATIC STAY *NUNC PRO TUNC* TO VALIDATE A MUNICIPAL TAX SALE CERTIFICATE, TO BE FILED

The relief set forth on the following page, is hereby **ORDERED:**

**DATED: August 15, 2019**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

1.      The motion filed by the City of Trenton to reopen this bankruptcy case to allow a

motion for relief from the automatic stay *nunc pro tunc* to validate a municipal tax sale

certificate to be filed is hereby **GRANTED**.

2.      The within bankruptcy shall be closed after the Court decides the Motion to

validate the tax sale certificate.

3.      A copy of the within Order shall be served upon all parties within seven (7) days.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 13-30931-MBK
Keith Casey                                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Aug 16, 2019
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
db              +Keith Casey,     88 Gary Drive,     Hamilton Twp, NJ 08690-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019

Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
          Adam D. Greenberg    on behalf of Creditor   Royal Tax Lien Services L.L.C.
          agreenberg@hgllclaw.com,  btemple@hgllclaw.com
          Albert  Russo    docs@russotrustee.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Anne-Marie P. Kelley    on behalf of Creditor   PNC Bank, National Association
          akelley@dilworthlaw.com,  smurphy@dilworthlaw.com
          Carol L. Knowlton    on behalf of Debtor Keith  Casey cknowlton@gorskiknowlton.com
          Carol L. Knowlton    on behalf of Attorney   Teich Groh, trade name of Gorski, Hofmeister &
          Knowlton cknowlton@gorskiknowlton.com
          Carol L. Knowlton    on behalf of Attorney   Gorski & Knowlton PC cknowlton@gorskiknowlton.com
          Denise E. Carlon    on behalf of Creditor   PNC Mortgage dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor   Ewing Township eak@hillwallack.com,
          jhanley@hillwallack.com;hwbknj@hillwallack.com
          Keith A. Bonchi    on behalf of Creditor   City of Trenton keith@gmslaw.com
          Kevin  Huang    on behalf of Creditor   PNC Bank, National Association torseno@dilworthlaw.com
                                                                              TOTAL: 12